FEDERAL-MOGUL CORP, PLAINTIFF, AND TORRINGTON CO., PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND SKF USA INC., ET AL., DEFENDANT-INTERVENORS

Court No. 91–07–00531

(Dated August 9, 1993)

## ORDER

TSOUCALAS, *Judge:* Upon consideration of defendant's motion for entry of partial final judgment pursuant to Rule 54(b) and other pertinent papers, it is hereby

DECIDED that there is no just reason for delay in entry of final judgment as to paragraph 4(j) of plaintiffs complaint pursuant to Rule 54(b), and it is hereby

ORDERED that a final judgment is entered as to paragraph 4(j) of plaintiff's complaint as decided by this Court in Slip Op. 93–94 (June 3, 1993).

FEDERAL-MOGUL CORP, PLAINTIFF, AND TORRINGTON CO., PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND SKF USA INC., ET AL., DEFENDANT-INTERVENORS

Court No.–91–07–00532

(Dated August 9, 1993)

## ORDER

TSOUCALAS, *Judge:* Upon consideration of defendant's motion for entry of partial final judgment pursuant to Rule 54(b) and other pertinent papers, it is hereby

DECIDED that there is no just reason for delay in entry of final judgment as to paragraph 4(j) of plaintiff's complaint pursuant to Rule 54(b), and it is hereby

ORDERED that a final judgment is entered as to paragraph 4(j) of plaintiff's complaint as decided by this Court in Slip Op. 93–95 (June 4, 1993).